852

30959.  BREWER *v.* THE STATE.

MacIntyre, J.  The defendant was convicted of burglary.  The evidence amply authorized the verdict, and no special assignment of error shows cause for another hearing of the case.  The refusal to grant a new trial was not error.

*Judgment affirmed.  Broyles, C. J., and Gardner, J., concur.*

Decided September 27, 1945.

*R. S. Helm,* for plaintiff in error.

*R. L. Dawson, solicitor-general,* contra.